UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

John D Freshwater, et al
                Plaintiff(s)

                                        **CASE NO. 2:09-cv- 464**
        vs.                                   District Judge Frost
                                             Magistrate Judge King

Mt Vernon City School District
Board of Education, et al    Defendant(s)

# NOTICE

**PROCEEDING:**    PRELIMINARY PRETRIAL CONFERENCE

**PLACE:**           **ROOM 235**
                     Kinneary U.S. Courthouse
                     85 Marconi Blvd., R-235
                     Columbus, OH 43215

**DATE/TIME:**    September 2, 2009 @ 3:15 p.m.

**PLEASE NOTE:**
      1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov  Click on "Forms" and then select "Rule 26(f) Report of the Parties (Eastern Division Only)."

      2. The Eastern Division General Order on Pretrial Conference can also be found on the Court's website.

      3. Any party may request that the conference be held by telephone. The requesting party must initiate the conference call to 614-719-3390. All parties must be given the opportunity to participate by telephone.

      4. Parties or principals are welcome, but not required, to attend the conference.

**DATE**: August 6, 2009                            *s/John D. Miller*
                                                     John D. Miller, Courtroom Deputy
                                                     To Magistrate Judge King