UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN D. FRESHWATER, et al.,

                Plaintiffs,

v.

MOUNT VERNON CITY SCHOOL DISTRICT
BOARD OF EDUCATION, et al.,

                Defendants.

Case No. C2-09-464
JUDGE GREGORY L. FROST
Magistrate Judge King

## ORDER

Defendant Lynda Weston's Motion to Dismiss (Doc. # 14) shall come on for a non-oral hearing on September 25, 2009.

**IT IS SO ORDERED.**

        /s/ Gregory L. Frost
        GREGORY L. FROST
        UNITED STATES DISTRICT JUDGE