# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN D. FRESHWATER, et al. | : | Case No. 2:09cv464 |
| Plaintiffs, | : | JUDGE FROST |
| v. | : | MAGISTRATE KING |
| MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al. | : | |
| Defendants. | : | |

## STIPULATION FOR EXTENSION OF TIME

It is hereby stipulated between Plaintiffs John and Nancy Freshwater and Defendant David Millstone that Defendant Millstone may have an extension of twenty (20) days, up to and including August 31, 2009 within which to serve his Answer in the captioned action. No prior stipulated extension together with the instant stipulated extension exceeds a total of twenty (20) days.

/s/ Gregory B. Scott
Gregory B. Scott (0020248)
*Trial Attorney*
Julie C. Martin (0056163)
Kate V. Davis (0076331)
Scott, Scriven & Wahoff LLP
50 West Broad Street, Suite 2600
Columbus, Ohio 43215
Phone: (614) 222-8686
Fax: (614) 222-8688
E-mail: Gregory@sswlaw.com
E-mail:  Julie@sswlaw.com
E-mail:  Kate@sswlaw.com

*Counsel for Defendant David Millstone*


/s/ R. Kelly Hamilton
R. Kelly Hamilton (0066403)
*Trial Attorney*
P.O. Box 424
Grove City, Ohio 43123
Phone: (614) 875-4174
Fax: (614) 875-4188
E-mail:  hamiltonlaw@sbcglobal.net

*Attorney for Plaintiffs*
*John and Nancy Freshwater*

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2009 a copy of foregoing Stipulation for Extension of Time was filed electronically. Notice of this filing will be sent to all parties identified below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

The Law Office of R. Kelly Hamilton
P.O. Box 424
Grove City, Ohio 43123
*Attorney for Plaintiffs*
*John and Nancy Freshwater*

David K. Smith, Esq.
Krista K. Keim, Esq.
Sarah J. Moore, Esq.
BRITTON, SMITH, PETERS &
KALAIL, CO., LPA
3 Summit Park Drive, Suite 400
Cleveland, Ohio 44131
*Attorneys for Mount Vernon City School*
*District Board of Education, Ian Watson,*
*Jody Goetzman, Steve Short and William*
*White*

Nicole M. Donovsky, Esq.
Richard W. Ross, Esq.
Stacy V. Pollock, Esq.
MEANS, BICHIMER, BURKHOLDER
& BAKER CO., LPA
2006 Kenny Road
Columbus, Ohio 43221
*Attorneys for Defendant Lynda Weston*

C. Joseph McCullough, Esq.
WHITE, GETGEY & MEYER CO.,
LPA
8977 Columbia Road, Suite A
Loveland, Ohio 45140
*Co-counsel for Defendant Lynda Weston*

Larry Craig Greathouse
GALLAGHER, SHARP, FULTON
& NORMAN
1501 Euclid Avenue
Cleveland, Ohio 44115
*Attorney for Defendants H.R.*
*On Call and Thomas and Julia*
*Herlevi*

      /s/ Gregory B. Scott
      Gregory B. Scott