97360-118778
LCGLMH

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OHIO
EASTERN DIVISION

| | |
|---|---|
| John D. Freshwater ) | CASE NO: 2:09CV464 |
| ) | |
| Plaintiff ) | JUDGE: FROST |
| ) | |
| v. ) | DEFENDANT,'s, STIPULATION FOR |
| ) | EXTENSION OF TIME TO ANSWER |
| Mount Vernon City School District Board of ) | THE AMENDED COMPLAINT |
| Education, et al ) | |
| ) | |
| Defendants ) | |

We, the attorneys for the respective parties, do hereby stipulate that the Defendants, HR On Call Inc., Thomas J. Herlevi, and Julia F. Herlevi, may move or plead to answer the Amended Complaint on or before August 30, 2009 and that the Court may enter an order accordingly, notice by the clerk has been waived.

s/Kelly Hamilton
P.O. Box 824
Grove City, Ohio 43123
(614) 875-4174

Attorney for Plaintiff

IT IS SO ORDERED:

_____

JUDGE

s/Larry C. Greathouse   (0008513)
Gallagher Sharp Attorneys
Sixth Floor, Bulkley Building
1501 Euclid Avenue
(216) 241-5310

Attorney for Defendants HR On Call Inc., Thomas J. Herlevi, and Julia F. Herlevi