**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**John D Freshwater, et al**

vs

**Mt Vernon City School District**
**Board of Education, et al**

Case Number **2:09-cv- 464**

District Judge **Frost**
Magistrate Judge King

### NOTICE OF CONFERENCE CHANGE

**TAKE NOTICE** that the **Preliminary Pretrial Conference** in the above entitled action has been **RESCHEDULED** from:

**September 2, 2009 @ 3:15 p.m.**

and **RESCHEDULED** to:

**September 16, 2009 @ 3:15 p.m.**

Norah M<sup>c</sup>Cann King
United States Magistrate Judge

Date: August 11, 2009

s/John D. Miller
(By) John D. Miller/Courtroom Deputy
(614) 719-3026

**IF YOU ARE AWARE OF ANY PARTIES NOT NOTIFIED HEREIN, PLEASE CONTACT THE MAGISTRATE JUDGE'S OFFICE IMMEDIATELY AT 614-719-3026.**

To: See electronic notice for list of attorneys