97360-118778
LCG:tag

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JOHN D. FRESHWATER, et al. | ) | CASE NO: 2:09CV464 |
| | ) | |
| Plaintiffs | ) | JUDGE GREGORY L. FROST |
| | ) | |
| v. | ) | |
| | ) | |
| MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al. | ) ) ) ) | **MOTION FOR EXTENSION OF TIME OF DEFENDANTS H.R. ON CALL, INC., JULIA F. HERLEVI, AND THOMAS J. HERLEVI** |
| Defendants | ) | |

Now come Defendants H.R. on Call, Inc., Julia F. Herlevi, and Thomas J. Herlevi, and pursuant to Civ. R. 7.3(a), request an extension of time to answer Plaintiffs' complaint. Defendants request this Court extend the answer date for seven (7) days, or until September 8, 2009, as undersigned counsel is currently on vacation with a return to the office on the date the answer is due. Plaintiffs' counsel has agreed to this one week extension of time to answer.

A proposed order is attached hereto and incorporated herein.

        Respectfully submitted,

        s/ Larry C. Greathouse
        **LARRY C. GREATHOUSE (0008513)**
        Gallagher Sharp
        Sixth Floor, Bulkley Building
        1501 Euclid Avenue
        Cleveland, Ohio 44115
        (216) 241-5310 (Telephone)
        (216) 241-1608 (Facsimile)
        E-Mail:  lgreathouse@gallaghersharp.com
        **Attorney for Defendants,**
        **H.R. On Call, Inc., Julia F. Herlevi, and**
        **Thomas J. Herlevi**

## SERVICE

I hereby certify that on August 24, 2009, the Motion for Extension of Time to Answer Complaint was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                s/ Larry C. Greathouse
                                                **LARRY C. GREATHOUSE (0008513)**
                                                **Attorney for Defendants,**
                                                **H.R. On Call, Inc., Julia F. Herlevi, and**
                                                **Thomas J. Herlevi**

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN D. FRESHWATER, et al.** | ) | **CASE NO: 2:09CV464** |
| | ) | |
| **Plaintiffs** | ) | **JUDGE GREGORY L. FROST** |
| | ) | |
| v. | ) | |
| | ) | |
| **MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al.** | ) | **ORDER** |
| | ) | |
| **Defendants** | ) | |

Defendants' H.R. on Call, Inc., Julia F. Herlevi, and Thomas J. Herlevi motion for extension of time to answer Plaintiffs' complaint is granted. Defendants are ordered answer the complaint on or before September 8, 2009.

IT IS SO ORDERED.

_____
**JUDGE GREGORY L. FROST**