IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


JOHN D. FRESHWATER, *et al.*,

        Plaintiff,

    vs.                                Civil Action 2:09-CV-464
                                      Judge Frost
                                      Magistrate Judge King

MOUNT VERNON CITY SCHOOL DISTRICT
BOARD OF EDUCATION, *et al.*,

        Defendants.


## ORDER

      Defendants H.R. On Call, Inc., Julia F. Herlevi and Thomas J. Herlevi have filed a motion, Doc. No. 22, for an extension of time in which to file their answer to plaintiffs' complaint.  Document No. 22 is hereby **GRANTED.**  Defendants H.R. On Call, Inc., Julia F. Herlevi and Thomas J. Herlevi will file their answer to plaintiffs' complaint no later than September 8, 2009.


August 24, 2009                   *s/Norah McCann King*
                                 Norah M<sup>c</sup>Cann King
                         United States Magistrate Judge