IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN D. FRESHWATER, et al. | : | Case No. 2:09cv464 |
| Plaintiffs, | : | JUDGE FROST |
| v. | : | MAGISTRATE KING |
| MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al. | : | |
| Defendants. | : | |

## ORDER GRANTING DEFENDANT MILLSTONE'S MOTION FOR EXTENSION OF TIME

Defendant David Millstone has filed a motion, Doc. No. 24, for an extension of time in which to file his answer or responsive pleading to Plaintiffs' complaint. Document No. 24 is hereby **GRANTED**. Defendant David Millstone will file his answer or responsive pleading to Plaintiffs' amended complaint by the earlier of: (a) fourteen (14) days after the Court has ruled on Defendant Millstone's Motion for Sanctions and Fees pursuant to FRCP 11; or (b) September 20, 2009 if Defendant Millstone does not file a Motion for Sanctions and Fees on or before September 1, 2009.

| | |
|---|---|
| August 26, 2009 | s/Norah McCann King |
| Date | Norah McCann King |
| | UNITED STATES MAGISTRATE JUDGE |