# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN D. FRESHWATER, et al. | : | Case No. 2:09cv464 |
| Plaintiffs, | : | JUDGE FROST |
| v. | : | MAGISTRATE KING |
| MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al. | : | |
| Defendants. | : | |

## NOTICE OF FILING OF DEFENDANT DAVID MILLSTONE'S MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11 FOR SANCTIONS AND FEES

Now comes Defendant David Millstone and gives notice to all parties that pursuant to Fed. R. Civ. P. 11(c)(2), Defendant Millstone served the parties with a Motion Pursuant to Fed. R. Civ. P. 11 for Sanctions and Fees on August 10, 2009, and that Defendant Millstone has filed the Motion Pursuant to Fed. R. Civ. P. 11 for Sanctions and Fees with the Court on September 1, 2009.

Respectfully submitted,

/s/ Gregory B. Scott

Gregory B. Scott (0020248)
*Trial Attorney*
Julie C. Martin (0056163)
Kate V. Davis (0076331)
SCOTT, SCRIVEN & WAHOFF LLP
50 West Broad Street, Suite 2600
Columbus, Ohio 43215
Phone: (614) 222-8686
Fax: (614) 222-8688
E-mail: Gregory@sswlaw.com
E-mail: Julie@sswlaw.com
E-mail: Kate@sswlaw.com
*Counsel for Defendant David Millstone*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 1, 2009 a copy of the foregoing **NOTICE OF FILING OF DEFENDANT DAVID MILLSTONE'S MOTION PURSUANT TO FED. R. CIV. P. 11 FOR SANCTIONS AND FEES** was filed electronically. Notice of this filing will be sent to all parties identified below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| David K. Smith, Esq.<br>Krista K. Keim, Esq.<br>Sarah J. Moore, Esq.<br>BRITTON, SMITH, PETERS &<br>KALAIL, CO., LPA<br>3 Summit Park Drive, Suite 400<br>Cleveland, Ohio 44131<br>*Attorneys for Mount Vernon City School*<br>*District Board of Education, Ian Watson,*<br>*Jody Goetzman, Steve Short and William White* | The Law Office of R. Kelly Hamilton<br>P.O. Box 424<br>Grove City, Ohio 43123<br>*Attorney for Plaintiffs*<br>*John and Nancy Freshwater* |
| Nicole M. Donovsky, Esq.<br>Richard W. Ross, Esq.<br>Stacy V. Pollock, Esq.<br>MEANS, BICHIMER, BURKHOLDER<br>& BAKER CO., LPA<br>2006 Kenny Road<br>Columbus, Ohio 43221<br>*Attorneys for Defendant Lynda Weston* | C. Joseph McCullough, Esq.<br>WHITE, GETGEY & MEYER CO.,<br>LPA<br>8977 Columbia Road, Suite A<br>Loveland, Ohio 45140<br>*Co-counsel for Defendant Lynda Weston* |
| Larry Craig Greathouse<br>GALLAGHER, SHARP, FULTON<br>& NORMAN<br>1501 Euclid Avenue<br>Cleveland, Ohio 44115<br>*Attorney for Defendants H.R.*<br>*On Call and Thomas and Julia Herlevi* | |

          /s/ Gregory B. Scott
          Gregory B. Scott