UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN D. FRESHWATER, et al.,**

       Plaintiffs,                      Case No. 2:09-cv-464
                                                 JUDGE GREGORY L. FROST
    v.                                  Magistrate Judge King

**MOUNT VERNON CITY SCHOOL
DISTRICT BOARD OF EDUCATION, et al.,**

       Defendants.

## ORDER

    The Defendant's Motion for Sanctions and Fees (Doc. # 26) shall come on for a non-oral hearing on October 20, 2009 at 8:00 a.m.

    **IT IS SO ORDERED.**

                                                   /s/ Gregory L. Frost
                                                   GREGORY L. FROST
                                                   UNITED STATES DISTRICT JUDGE