IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN D. FRESHWATER, et al.,

    Plaintiffs,

                                      Case No. 09-cv-464

  v.                                Judge Gregory L. Frost

MOUNT VERNON CITY SCHOOL
DISTRICT BOARD OF EDUCATION,
et al.,

    Defendants.

## SCHEDULING ORDER

The Court sets the following deadlines and hearing dates:

(1) The parties will complete all non-expert discovery on or before October 31, 2010.

(2) The parties shall file all dispositive motions on or before November 30, 2010. Pursuant to S.D. Ohio Civ. R. 7.2(a)(2), a party filing a memorandum in opposition shall do so within twenty-one (21) days from the date of service set forth in the certificate of service attached to the dispositive motion. A party filing a reply memorandum shall do so within eleven (11) days from the date of service of the memorandum in opposition.

(3) A non-oral hearing on all dispositive motions is scheduled for January 28, 2011.

(4) A final pre-trial conference is scheduled for April 28, 2011 at 12:00 p.m.

(5) The jury trial is scheduled to commence on June 20, 2011 at 9:00 a.m.

                                                    /s/ Gregory L. Frost
                                                   Gregory L. Frost
                                                   United States District Judge