UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN D. FRESHWATER, et al.,

      Plaintiffs,                    Case No. 2:09-cv-464
                                       JUDGE GREGORY L. FROST
   v.                           Magistrate Judge King

MOUNT VERNON CITY SCHOOL
DISTRICT BOARD OF EDUCATION, et al.,

      Defendants.

## ORDER

This matter came on for consideration upon the Plaintiff's Motion for Leave to File Memorandum Contra to Defendant Weston's Motion to Dismiss. (Doc. # 32.) The Court **GRANTS** said motion.

The Clerk is instructed to detach the Memorandum Contra (Doc. # 32) and file as of this date. The Court finds the Memorandum Contra is timely filed.

The parties shall adhere to the following briefing schedule:

1.     Reply shall be filed no later than October 5, 2009.

2.     Non oral hearing is scheduled for October 6, 2009.

**IT IS SO ORDERED.**

                                                   /s/ Gregory L. Frost
                                                  GREGORY L. FROST
                                                  UNITED STATES DISTRICT JUDGE