UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN FRESHWATER, et al.,**
       **Plaintiffs,**

v.

       **Case No.: 2:09-cv-464**
       **JUDGE GREGORY L. FROST**
       **Magistrate Judge Norah McCann King**

**MOUNT VERNON CITY SCHOOL**
**DISTRICT BOARD OF EDUCATION, et al.,**
       **Defendants.**

## ORDER

This matter is before the Court on Defendant Mount Vernon City School District Board of Education's Motion to Seal Documents 37 and 37-1 through 37-9 Pending an In Camera Inspection by this Court. (Doc. # 38.) In that motion, Defendants argue that Plaintiffs have attached to their memorandum in opposition to Defendants' motion for sanctions documents that are confidential and that are inadmissible under Rule 408 of the Federal Rules of Evidence. Defendants request that this Court immediately seal those documents and that the Court view them in camera to determine whether they are admissible under Rule 408. The Court **GRANTS** Defendants' request to seal the documents. The Clerk is **DIRECTED** to seal Documents 37 and 37-1 through 37-9.

With regard to Defendants' request as to the admissibility of those documents, Plaintiff may file a memorandum in opposition to that request by October 1, 2009. The non-oral hearing on that portion of Defendants' motion is set for October 2, 2009.

       **IT IS SO ORDERED.**

       /s/ Gregory L. Frost
       GREGORY L. FROST
       UNITED STATES DISTRICT JUDGE