```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

JOHN D. FRESHWATER, *et al.*,

        Plaintiff,

  vs.                                    Civil Action 2:09-CV-464
                                          Judge Frost
                                          Magistrate Judge King

MOUNT VERNON CITY SCHOOL DISTRICT
BOARD OF EDUCATION, *et al.*,

        Defendants.


## ORDER

        The parties have submitted a proposed agreed protective order for the Court's consideration and approval. Doc. No. 45. Having reviewed the parties' proposal, the Court **APPROVES** the agreed protective order and **ADOPTS** its terms.


November 16, 2009                              *s/Norah McCann King*
                                                        Norah M<sup>c</sup>Cann King
                                           United States Magistrate Judge