UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN D. FRESHWATER, et al.,**

      Plaintiffs,                          Case No. 2:09-cv-464
                                             **JUDGE GREGORY L. FROST**
    v.                                     **Magistrate Judge King**

**MOUNT VERNON CITY SCHOOL
DISTRICT BOARD OF EDUCATION, et al.,**

      Defendants.

## ORDER

    Defendants' Motion to Dismiss (Doc. # 49) is set for a non-oral hearing on February 2, 2010 at 8:00 a.m.

    **IT IS SO ORDERED.**

                                                /s/   Gregory L. Frost
                                                GREGORY L. FROST
                                                UNITED STATES DISTRICT JUDGE