UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN FRESHWATER, *et al.* | ) | CASE NO. 2:09 CV 464 |
| | ) | |
| Plaintiffs, | ) | JUDGE FROST |
| | ) | MAGISTRATE JUDGE KING |
| v. | ) | |
| | ) | **JOINT MOTION BY PLAINTIFFS AND** |
| MOUNT VERNON CITY SCHOOL | ) | **DEFENDANTS FOR A GAG ORDER** |
| DISTRICT BOARD OF EDUCATION, | ) | |
| *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Local Rule 7.3(b), the plaintiffs and defendants to this action move the Court to adopt the attached Gag Order, which is requested to promote an environment conducive to exploring resolution and to honor the principle of confidentiality integral to mediation of claims.

*/s/ R. Kelly Hamilton (Authorized via E-mail on 6/17/10)*
R. Kelly Hamilton  (0066403)
3800 Broadway
Grove City, Ohio  43213
Tele: (614) 875-4174; Fax: 614-875-4188
hamiltonlaw@sbcglobal.net

*Counsel for Plaintiffs*

*/s/ Sarah J. Moore*
David Kane Smith  (0016208)
Krista Keim  (0067144)
Sarah J. Moore  (0065381)
Britton, Smith, Peters and Kalail Co., LPA
3 Summit Park Drive, Suite 400
Cleveland, Ohio  44131
Tele: (216) 503-5055; Fax: (216) 503-5065
dsmith@ohioedlaw.com
kkeim@ohioedlaw.com
smoore@ohioedlaw.com

*Counsel for Defendants Mount Vernon City School District Board of Education, Ian Watson, Jody Goetzman, Stephen Short and William White*

1

*/s/ Nicole M. Donovsky (Authorized via E-mail on 6/10/10)*
Nicole M. Donovsky  (0072262)
Richard W. Ross (0009363)
Stacy V. Pollock (0080229)
Means, Bichimer, Burkholder & Baker Co., LPA
2006 Kenny Road
Columbus, Ohio 43221
Tele: (614) 485-2010; Fax: (614) 485-2019
ndonovsky@mbbblaw.com
rross@mbbblaw.com
spollock@mbbblaw.com

*Counsel for Defendant Lynda Weston*

*/s/ Larry Craig Greathouse (Authorized via E-mail on 6/7/10)*
Larry Craig Greathouse (0008513)
Gallagher, Sharp
6th Floor, Bulkley Building
1501 Euclid Avenue
Cleveland, Ohio 44115
Tele: (216) 241-5310; Fax: (216) 241-1608
lgreathouse@gallaghersharp.com

*Counsel for Defendant H.R. On Call, Thomas Herlevi & Julia Herlevi*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June the foregoing *Joint Motion for a Gag Order* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                            */s/ Sarah J. Moore*
                                            *Attorney for Defendants Mount Vernon City School District Board of Education, Ian Watson, Jody Goetzman, Stephen Short and William White*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN FRESHWATER, *et al.* | ) | CASE NO. 2:09 CV 464 |
| | ) | |
| Plaintiffs, | ) | JUDGE FROST |
| | ) | MAGISTRATE JUDGE KING |
| v. | ) | |
| | ) | **GAG ORDER** |
| MOUNT VERNON CITY SCHOOL | ) | |
| DISTRICT BOARD OF EDUCATION, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

The parties are hereby **ORDERED** not to disclose or to permit others to disclose any of the confidential settlement negotiations that have been or will be exchanged by and between the parties involved in this action.

The Court will not tolerate violations of this Gag Order. Any violation will meet serious consequences, including monetary sanctions and other sanctions up to and including the most severe this Court can impose.

**IT IS SO ORDERED.**

_____
**GREGORY L. FROST**
**UNITED STATES DISTRICT JUDGE**