**FILED**
TIME_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JUN 1 8 2010**

JAMES BONINI, Clerk
COLUMBUS, OHIO

| | |
|---|---|
| JOHN FRESHWATER, *et al.* | ) CASE NO. 2:09 CV 464 |
| Plaintiffs, | ) JUDGE FROST |
| | ) MAGISTRATE JUDGE KING |
| v. | ) |
| | ) **GAG ORDER** |
| MOUNT VERNON CITY SCHOOL DISTRICT BOARD OF EDUCATION, *et al.*, | ) |
| Defendants. | ) |

The parties are hereby **ORDERED** not to disclose or to permit others to disclose any of the confidential settlement negotiations that have been or will be exchanged by and between the parties involved in this action.

The Court will not tolerate violations of this Gag Order. Any violation will meet serious consequences, including monetary sanctions and other sanctions up to and including the most severe this Court can impose.

**IT IS SO ORDERED.**

*/s/ Gregory L. Frost*

**GREGORY L. FROST**
**UNITED STATES DISTRICT JUDGE**