```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                   EASTERN DIVISION
```

**JOHN D. FRESHWATER,** *et al.,*

      **Plaintiff,**

  vs.                                   **Civil Action 2:09-CV-464**
                                            **Judge Frost**
                                            **Magistrate Judge King**

**MOUNT VERNON CITY SCHOOL DISTRICT**
**BOARD OF EDUCATION,** *et al.,*

      **Defendants.**


<u>**ORDER**</u>

     On June 26, 2010, defendants Mount Vernon City School District Board of Education, Steve Short, Jody Goetzman, Ian Watson and William White filed a motion seeking an order compelling plaintiffs to respond to discovery requests and extending the deadline to identify defendants' primary experts. Doc. No. 57. To date, no response has been filed.

     If plaintiffs intend to respond to the motion to compel, Doc. No. 57, they must do so no later than August 3, 2010.


<u>July 29, 2010</u>                                         <u>*s/Norah McCann King*</u>
                                                        Norah M<sup>c</sup>Cann King
                                              United States Magistrate Judge